UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:

PPC RACING, LLC

Case Number. 07-50577-JCW
Chapter 7

Debtors.

## Amended FINAL REPORT AND ACCOUNT OF TRUSTEE, APPLICATION FOR COMMISSION AND REIMBURSEMENT OF TRUSTEE EXPENSES, APPLICATION TO DISBURSE FUNDS OF ESTATE, APPLICATION TO ABANDON, OBJECTION TO CLAIMS, AND APPLICATION FOR DISCHARGE OF TRUSTEE

By and through counsel the undersigned Trustee respectfully submits this amended final report, account and application:

1. That James T. Ward is the duly qualified and acting Trustee in the above-referenced case (the "Trustee").

2. Upon appointment herein, the Trustee examined the debtor, or as applicable, the debtor's officers or principals, and investigated into matters concerning the administration of this estate.

3. The Trustee has examined into the amount paid prior to the filing of the debtor's petition to any attorney for the debtor for services rendered or to be rendered in connection with this bankruptcy proceeding. No payment appears to have been made except as stated in the petition.

4. The Trustee has now administered all of the assets of this estate known to the Trustee; the time for filing claims herein has expired; and this estate is ready to be closed. The Trustee has examined the claims filed herein to the extent warranted.

5. Pursuant to Fed. R. Bankr. P. 2016, the Trustee states that he has not directly or indirectly shared or agreed to share commissions and reimbursed expenses paid or allowed in this case with any person, nor has he shared or agreed to share in the compensation of any person rendering services in this case in violation of 11 U.S.C. Section 504.

6. The Trustee respectfully requests that he be allowed a reasonable commission and expenses of administration as shown on the attached "Exhibit C", hereby incorporated by reference.

7. The Trustee respectfully alleges and represents that the value of his services herein is reasonably worth the amount of maximum compensation permitted by 11 U.S.C. Section 326(a).

8. The Trustee proposes to abandon any uncollected amounts of the debtor(s) or the estate, and to destroy any books and records not claimed by the debtor(s) or the Internal Revenue Service within thirty (30) days of the Order Approving amended Final Report and Authorizing Disbursement.

9. Attached hereto, is an amended "Exhibit A", and hereby incorporated by reference, is a true and complete account of all monies received by the Trustee.

10. Attached hereto, marked "Exhibit B", and hereby incorporated by reference, is a statement of the computation of the Trustee's compensation and his expenses, if any, in this case.

11. Attached hereto, marked "Exhibit C", and hereby incorporated by reference, is a schedule of proposed final disbursements of all estate funds in this case, including any amounts previously disbursed pursuant to prior order of this Court or in reliance upon approval of this final report and account.

12. The Trustee objects to all late filed claims, including those filed after the date of this Report. The Trustee also objects to any claims in "Exhibit C" to which the Trustee has noted a specific objection.

13. In order to more efficiently close this estate, the Trustee requests that any Order approving this amended Final Report and Account provide that the actual distribution that the creditors or parties in interest receive may be reduced by as much as 10% of the proposed distribution or $100.00, whichever is greater, without further notice.

**WHEREFORE**, the Trustee prays that an Order be entered:

A. approving and confirming the Trustee's amended final report and account;

B. granting the Trustee's application for commissions and reimbursement of expenses;

C. ordering a final distribution of funds of the estate;

D. relieving the Trustee of all liability for any and all taxes in or on account of or alleged in any manner to be due by this estate or the Trustee;

E. discharging the Trustee upon payment of all amounts as directed by the Court's order of final distribution;

F. authorizing the Trustee to abandon any books and records and any property of the debtor disclosed in the bankruptcy schedules or identified in this bankruptcy and not otherwise liquidated for the estate; and

G. sustaining the Trustee's objections.

H. ordering that the actual distribution that creditors or parties in interest receive may be reduced by as much as 10% of the proposed distribution or $100.00, whichever is greater, without further notice.

Respectfully submitted,

_____
James T. Ward, Trustee

JAMES T. WARD
404 Bethel Street
P. O. Box #240
Clover, SC  29710-0240
Telephone: (803) 222-0012
Facsimile: (888) 844-1165

| Case Number | Debtor | Bank Account | Type / Reference | Date/User | Transaction Name | Transaction Description | Amount |
|---|---|---|---|---|---|---|---|
| 07-50577 | PPC RACING, LLC | 4428910257 | Deposit# 1 | 09/27/07 JTW | BCBS | | 693.87 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Deposit# 6 | 09/28/07 JTW | CIRCLE BAR AUTO RACING | | 8,000.00 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Deposit# 5 | 09/28/07 JTW | PSNC ENERGY | | 52.63 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Deposit# 4 | 09/28/07 JTW | RDE INC. IV | | 1,250.00 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Deposit# 3 | 09/28/07 JTW | SPRINT/NEXTEL | refund | 148.74 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Deposit# 2 | 09/28/07 JTW | WACHOVIA | | 121,116.39 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Deposit# 7 | 10/31/07 JTW | FIRST CHARTER BANK | | 12,925.44 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Deposit# 8 | 01/09/08 JTW | GARY BOYD AUCTION | | 9,700.00 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Deposit# 9 | 02/06/08 JTW | GRIER FURR CRISP | racing computer proceeds | 5,000.00 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Deposit# 10 | 01/29/09 JTW | DUKE ENERGY | | 2,611.92 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Deposit# 11 | 02/17/09 JTW | SHUFORD INSURANCE AGENCY | INSURANCE PREMIUM REFUND | 6,015.00 |
| | | | | | **Subtotal For DEPOSITS** | | **167,513.99** |
| 07-50577 | PPC RACING, LLC | 4428910257 | Check# 5001 | 12/04/07 JTW | INTERNATIONAL SURETIES LTD | trustee bond 016036312 | -172.16 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Check# 5002 | 12/27/07 JTW | GRIER, JOE | APPROVED FEES | -8,928.30 |
| 07-50577 | PPC RACING, LLC | 4428910354 | Check# 1001 | 01/29/08 JTW | BOYD, GARY | | -1,861.00 |

| Case Number | Debtor | Bank Account | Type / Reference | Date/User | Transaction Name | Transaction Description | Amount |
|---|---|---|---|---|---|---|---|
| 07-50577 | PPC RACING, LLC | 4428910354 | Check# 1002 | 02/20/08 JTW | WRIGHT, COTTEN | approved interim fees 02/06/08 | -2,209.07 |
| 07-50577 | PPC RACING, LLC | 4428910354 | Check# 1004 | 03/06/08 JTW | WRIGHT, COTTEN | approved attorney fees | -4,899.71 |
| 07-50577 | PPC RACING, LLC | 4428910354 | Check# 1003 | 03/06/08 JTW | MIDDLESWARTH BOWERS & CO | Approved Accountant Fees | -4,771.84 |
| 07-50577 | PPC RACING, LLC | 4428910354 | Check# 1005 | 05/08/08 JTW | WRIGHT, COTTEN | | -2,278.82 |
| 07-50577 | PPC RACING, LLC | 4428910354 | Check# 1006 | 06/17/08 JTW | WRIGHT, COTTEN | approved attorney fees | -3,546.41 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Check# 5003 | 10/25/08 JTW | INTERNATIONAL SURETIES LTD | Trustee bond 016036312 | -160.66 |
| 07-50577 | PPC RACING, LLC | 4428910354 | Check# 1007 | 12/08/08 JTW | WRIGHT, COTTEN | | -5,506.31 |
| 07-50577 | PPC RACING, LLC | 4428910354 | Check# 1009 | 05/06/09 JTW | MIDDLESWARTH BOWERS & CO | final fees | -991.36 |
| 07-50577 | PPC RACING, LLC | 4428910354 | Check# 1008 | 05/06/09 JTW | WRIGHT, COTTEN | final fees | -7,489.99 |
| | | | | | **Subtotal For** | **CHECKS** | **-42,815.63** |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 10/31/07 JTW | BANK OF AMERICA | Interest Rate 0.750 | 78.28 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 11/30/07 JTW | BANK OF AMERICA | Interest Rate 0.650 | 75.91 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 12/31/07 JTW | BANK OF AMERICA | Interest Rate 0.500 | 68.47 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 01/31/08 JTW | BANK OF AMERICA | Interest Rate 0.400 | 55.66 |

| Case Number | Debtor | Bank Account | Type / Reference | Date/User | Transaction Name | Transaction Description | Amount |
|---|---|---|---|---|---|---|---|
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 02/29/08 JTW | BANK OF AMERICA | Interest Rate 0.300 | 34.80 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 03/31/08 JTW | BANK OF AMERICA | Interest Rate 0.250 | 32.62 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 04/30/08 JTW | BANK OF AMERICA | Interest Rate 0.250 | 27.95 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 05/30/08 JTW | BANK OF AMERICA | Interest Rate 0.150 | 17.14 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 06/30/08 JTW | BANK OF AMERICA | Interest Rate 0.150 | 16.32 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 07/31/08 JTW | BANK OF AMERICA | Interest Rate 0.150 | 16.60 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 08/29/08 JTW | BANK OF AMERICA | Interest Rate 0.150 | 16.60 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 09/30/08 JTW | BANK OF AMERICA | Interest Rate 0.150 | 16.07 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 10/31/08 JTW | BANK OF AMERICA | Interest Rate 0.100 | 12.67 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 11/28/08 JTW | BANK OF AMERICA | Interest Rate 0.100 | 10.70 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 12/31/08 JTW | BANK OF AMERICA | Interest Rate 0.020 | 6.87 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 01/30/09 JTW | BANK OF AMERICA | Interest Rate 0.020 | 2.12 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 02/27/09 JTW | BANK OF AMERICA | Interest Rate 0.020 | 1.99 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 03/31/09 JTW | BANK OF AMERICA | Interest Rate 0.020 | 2.27 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 04/30/09 JTW | BANK OF AMERICA | Interest Rate 0.050 | 5.49 |
| 07-50577 | PPC RACING, LLC | 4428910257 | Interest | 05/06/09 JTW | BANK OF AMERICA | INTEREST REC'D FROM BANK | 0.92 |

| Case Number | Debtor | Bank Account | Type / Reference | Date/User | Transaction Name | Transaction Description | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | **Subtotal For** | **INTEREST** | **499.45** |
| | | | | | | **Report Total** | **125,197.81** |

# Compensation and Expenses Worksheet  Exhibit B

**Case Number:** 07-50577 JCW
**Debtor:** PPC RACING, LLC

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $168,013.44

|  |  |  |  |
|---|---|---|---|
|  | $168,013.44 | 25% of First $5,000 | $1,250.00 |
| Less - | $5,000.00 | ($1,250 Maximum) |  |
| Balance | $163,013.44 | 10% of Next $45,000 | $4,500.00 |
| Less - | $45,000.00 | ($4,500 Maximum) |  |
| Balance | $118,013.44 | 5% of Next $950,000 | $5,900.67 |
| Less - | $118,013.44 | ($47,500 Maximum) |  |
| Balance | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $11,650.67

Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$11,650.67**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| 07/23/09 | DIST: Distribution Expense 90 eas @ 1.5000 / ea | $135.00 |
|---|---|---|

**Expense Summary**

| DIST: Distribution Expense 90 eas @ 1.50 / ea | $135.00 |
|---|---|

TOTAL EXPENSES CALCULATED: $135.00

Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$135.00**

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$11,785.67**

PROPOSED DISTRIBUTION   EXHIBIT C

# PROPOSED DISTRIBUTION

Case Number: 07-50577    JCW  
Debtor Name: PPC RACING, LLC

Page 1

Date: July 23, 2009

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $125,197.81 |
| | **Claim Type -** | | | | | | | |
| | JAMES T. WARD COMPENSATION | Admin | | $11,650.67 * <br> $11,650.67 | $0.00 | $11,650.67 | $11,650.67 | $113,547.14 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | JAMES T. WARD EXPENSES | Admin | | $135.00 * <br> $135.00 | $0.00 | $135.00 | $135.00 | $113,412.14 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | **Subtotal For Claim Type** | | | $11,785.67 * <br> $11,785.67 | $0.00 | $11,785.67 | $11,785.67 | |
| | **Claim Type AF - ACCOUNTANT FEES** | | | | | | | |
| | MIDDLESWARTH BOWERS & CO <br> 219-A WILMOT DRIVE <br> GASTONIA, NC 28054 | Admin | 025 | $5,763.20 * <br> $5,763.20 | $5,763.20 | $0.00 | $0.00 | $113,412.14 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | **Subtotal For Claim Type AF** | | | $5,763.20 * <br> $5,763.20 | $5,763.20 | $0.00 | $0.00 | |
| | **Claim Type ATTYOTRF - ATTORNEY-OTHER FEES** | | | | | | | |
| | Grier Furr & Crisp, P.A. <br> 101 N. Tryon Street, Suite 1240 <br> Charlotte, NC 28246 | Admin | 025 | $34,858.61 * <br> $34,858.61 | $34,858.61 | $0.00 | $0.00 | $113,412.14 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | **Subtotal For Claim Type ATTYOTRF** | | | $34,858.61 * <br> $34,858.61 | $34,858.61 | $0.00 | $0.00 | |
| | **Claim Type AUF - AUCTIONEER FEES** | | | | | | | |
| | GARY BOYD AUCTION AND REAL ESTATE <br> P O BOX 352 <br> ALBEMARLE, NC 28002-0352 <br> auctioneer fees and expenses | Admin | 025 | $1,861.00 * <br> $1,861.00 | $1,861.00 | $0.00 | $0.00 | $113,412.14 |
| | | | | Percent Paid: 100.00000 % | | | | |

PROPDIS8 <br> Printed: 07/23/09 06:32 PM    Ver: 14.31c

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Subtotal For Claim Type AUF** | | | $1,861.00 *<br>$1,861.00 | $1,861.00 | $0.00 | $0.00 | |
| | **Claim Type OT7 - OTHER CHAPTER 7 ADMIN EXP** | | | | | | | |
| | INTERNATIONAL SURETIES LTD<br>SUITE 420<br>701 POYDRAS ST<br>NEW ORLEANS, LA 70139<br>Percent Paid: 100.00000 % | Admin | 025 | $332.82 *<br>$332.82 | $332.82 | $0.00 | $0.00 | $113,412.14 |
| | **Subtotal For Claim Type OT7** | | | $332.82 *<br>$332.82 | $332.82 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative   100.00000 % | | | $54,601.30 *<br>$54,601.30 | $42,815.63 | $11,785.67 | $11,785.67 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000018 | Gregory C. Pollex<br>172 Attleboro Place<br>Mooresville, NC 28117<br>(18-1) AMENDS Claim dated 11/20/2007<br>Percent Paid: 100.00000 % | Unsec | 025 | $1,032,896.79 *<br>$25,000.00 | $0.00 | $25,000.00 | $25,000.00 | $88,412.14 |
| 000001 | Archer & Greiner<br> PC<br>P.O. Box 3000<br>, NJ 08033<br>Percent Paid: 4.48689 % | Unsec | 070 | $1,817.07 *<br>$1,817.07 | $0.00 | $1,817.07 | $81.53 | $88,330.61 |
| 000002 | MSC Industrial Supply Company<br>75 Maxess Road<br>Melville, NY  11747<br>Percent Paid: 4.48539 % | Unsec | 070 | $136.22 *<br>$136.22 | $0.00 | $136.22 | $6.11 | $88,324.50 |
| 000003 | Reznick Group, P.C.<br>7700 Old Georgetown Road<br>Suite 400<br>Attn: Amy Marks<br>Bethesda, MD 20814-6224<br>(3-1) Account Number (last 4 digits):3686<br>Percent Paid: 4.48674 % | Unsec | 070 | $86,923.98 *<br>$86,923.98 | $0.00 | $86,923.98 | $3,900.05 | $84,424.45 |

# PROPOSED DISTRIBUTION

| Case Number: 07-50577   JCW | Page 3 | Date: July 23, 2009 |
|---|---|---|
| Debtor Name: PPC RACING, LLC | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000004 | Iredell County Tax Collector<br>P.O. Box 1027<br>Statesville, NC  28687-1027<br>(4-1) Account Number (last 4 digits):2694 | Unsec | 070 | $9,559.92 *<br>$9,559.92<br>Percent Paid: 4.48675 % | $0.00 | $9,559.92 | $428.93 | $83,995.52 |
| 000005 | Richardson Racing Products<br>1028-C Central Drive<br>Concord, NC  28027 | Unsec | 070 | $6,901.50 *<br>$6,901.50<br>Percent Paid: 4.48671 % | $0.00 | $6,901.50 | $309.65 | $83,685.87 |
| 000006 | John Andretti<br>107 Keats Road<br>Mooresville, NC  28117 | Unsec | 070 | $1,212,160.87 *<br>$1,000,296.52<br>Percent Paid: 4.48673 % | $0.00 | $1,000,296.52 | $44,880.62 | $38,805.25 |
| 000007 | Terry Cook<br>c/o Robert P. Laney<br>906 Main Street<br>N. Wilkesboro, NC 28659 | Unsec | 070 | $62,901.08 *<br>$62,901.08<br>Percent Paid: 4.48673 % | $0.00 | $62,901.08 | $2,822.20 | $35,983.05 |
| 000008 | DRACO SPRING MFG CO<br>9002 CHIMNEY ROCK RD, STE G380<br>HOUSTON, TX 77096<br>(8-1) Account Number (last 4 digits):2802 | Unsec | 070 | $1,760.40 *<br>$1,760.40<br>Percent Paid: 4.48648 % | $0.00 | $1,760.40 | $78.98 | $35,904.07 |
| 000009 | RIVERSIDE PRECISION SHEETMETAL, INC.<br>PO BOX 924<br>HENNIKER, NH 03242<br>(9-1) Account Number (last 4 digits):0044 | Unsec | 070 | $1,793.37 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $35,904.07 |
| 000010 | RENTON COIL SPRING<br>425 S 7TH STREET<br>PO BOX 880<br>RENTON, WA 98057-0880<br>(10-1) Account Number (last 4 digits):CRAC | Unsec | 070 | $3,050.00 *<br>$3,050.00<br>Percent Paid: 4.48689 % | $0.00 | $3,050.00 | $136.85 | $35,767.22 |

# PROPOSED DISTRIBUTION

Case Number: 07-50577    JCW  
Debtor Name: PPC RACING, LLC  
Page 4  
Date: July 23, 2009

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000011 | NetIntegrity<br>P.O. Box 691255<br>Charlotte, NC 28227-7022<br>(11-1) Account Number (last 4 digits):9011 | Unsec | 070 | $48,051.60 *<br>$48,051.60<br><br>Percent Paid: 4.48674 % | $0.00 | $48,051.60 | $2,155.95 | $33,611.27 |
| 000012 | Jourdain Motorsports, LLC<br>C/O Blaine Sanders<br>101 N. Tryon Street, Suite 1900<br>Charlotte, NC 28246-0103<br>(12-1) Account Number (last 4 digits):N/A  (12-2) Account Number (last 4 digits):N/A | Unsec | 070 | $419,702.74 *<br>$419,702.74<br><br>Percent Paid: 4.48673 % | $0.00 | $419,702.74 | $18,830.94 | $14,780.33 |
| 000013 | Hutcherson-Pagan Enterprises, LLC<br>c/o Jeffrey C. Grady, Esq.<br>Katten Muchin Rosenman LLP<br>401 S. Tryon Street<br>Suite 2600<br>Charlotte, NC 28202<br>(13-1) Account Number (last 4 digits):0859  (13-2) Account Number (last 4 digits):0859 | Unsec | 070 | $17,870.19 *<br>$17,870.19<br><br>Percent Paid: 4.48675 % | $0.00 | $17,870.19 | $801.79 | $13,978.54 |
| 000014 | WorldTravel Charter Services, LLC<br>Attn: Legal Department<br>1055 Lenox Park Blvd., Suite 420<br>Atlanta, GA 30319<br>(14-1) Account Number (last 4 digits):0303 | Unsec | 070 | $48,125.00 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $13,978.54 |
| 000015 | Kenny Wallace Racing, Inc.<br>Kenneth L. Wallace, Registered Agent<br>8995 Harris Rd.<br>Concord, NC 28027 | Unsec | 070 | $211,553.00 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $13,978.54 |
| 000016 | Kenny Wallace Racing, Inc.<br>Kenneth L. Wallace, Registered Agent<br>8995 Harris Rd. | Unsec | 070 | $211,553.00 *<br>$211,553.00 | $0.00 | $211,553.00 | $9,491.81 | $4,486.73 |

# PROPOSED DISTRIBUTION

Case Number: 07-50577    JCW  
Debtor Name: PPC RACING, LLC  
Page 5  
Date: July 23, 2009

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| | Concord, NC 28027 | | | | | | | |
| | | | | Percent Paid: 4.48673 % | | | | |
| 000017 | Gregory C. Pollex<br>172 Attleboro Place<br>Mooresville, NC 28117 | Unsec | 070 | $0.00 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $4,486.73 |
| 000019 | G.C. Pollex and Associates, Inc.<br>2301 West Big Beaver Road, Suite 623<br>Troy, MI 48084 | Unsec | 070 | $725,000.00 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $4,486.73 |
| 000020 | RPL Investments, LLC<br>117 Crosslake Park Road<br>Mooresville, NC  28117 | Unsec | 070 | $944,075.21 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $4,486.73 |
| 000021 | Braun Racing, LLC<br>The Bray Law Firm, PLLC<br>c/o William P. Bray<br>4701 Hedgemore Drive<br>Suite 816<br>Charlotte, NC 28209 | Unsec | 070 | $1,430,500.00 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $4,486.73 |
| 000022 | Dennis Scheumann<br>2220 Patterson Street<br>Decatur, IN 46733 | Unsec | 070 | $105,580.82 *<br>$100,000.00 | $0.00 | $100,000.00 | $4,486.73 | $0.00 |
| | | | | Percent Paid: 4.48673 % | | | | |
| 000023 | Global Performance Group, LLC<br>192 Raceway Drive<br>Mooresville, NC  28117-8597 | Unsec | 070 | $219,521.20 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000024 | General Electric Capital Corp.<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA  52404 | Unsec | 070 | $2,475.38 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000025 | W.W. Grainger, Inc.<br>7300 N. Melvina Ave. M240<br>Niles, IL  60714-3998 | Unsec | 070 | $390.53 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type UC** | | | $6,804,299.87 *<br>$1,995,524.22 | $0.00 | $1,995,524.22 | $113,412.14 | |

# PROPOSED DISTRIBUTION

Case Number: 07-50577    JCW  
Debtor Name: PPC RACING, LLC  
Page  6  
Date: July 23, 2009

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Subtotals For Class Unsecured | 5.68333 % | | $6,804,299.87 *<br>$1,995,524.22 | $0.00 | $1,995,524.22 | $113,412.14 | |
| | << Totals >> | | | $6,858,901.17<br>$2,050,125.52 | $42,815.63 | $2,007,309.89 | $125,197.81 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                                              Case No. 07-50577-JCW
                                                                                 Chapter 7

PPC RACING, LLC

Debtor(s)

**NOTICE OF OPPORTUNITY FOR HEARING ON THE
FOLLOWING MATTERS:**

**TRUSTEE'S Amended APPLICATION TO CLOSE ESTATE,
DISBURSE FUNDS, ABANDON PROPERTY and FOR DISCHARGE**

TO:    Creditors, the debtor and other parties in interest:

        **NOTICE IS HEREBY GIVEN** that James T. Ward, the Trustee herein, has filed an amended Final Report and Application with the Court for Commission and Reimbursement of Expenses, to Disburse Funds of the Estate, to Abandon, and to be Discharged, and requesting that this estate be closed. The Trustee's attorneys, accountants and other professionals (if any) have also filed applications for fees and reimbursement of expenses. The receipts of this estate total $168,013.44, and the Trustee has proposed disbursements in accordance with the attached Exhibit C which is incorporated herein by reference.

        **NOTICE IS FURTHER GIVEN** that the Trustee proposes to abandon any property of the debtor disclosed in the bankruptcy schedules and not otherwise liquidated for the estate, including, but not limited to any remaining records and all uncollected accounts receivable and notes.

        **NOTICE IS FURTHER GIVEN** that pursuant to the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, the Trustee has requested that this estate be closed, that claims be allowed or disallowed as set forth in the attached Exhibit C, and that the balance of funds on hand be paid as set forth in the attached Exhibit C.

        **NOTICE IS FURTHER GIVEN** that the Trustee proposes to abandon books and records of the debtor to the debtor or to officers or principals of the debtor should it be a business entity, or in the alternative, to the Internal Revenue Service, if any request is made to the Trustee, and should no request be made to the Trustee for the books and records within thirty (30) days from the date of an Order of Distribution herein, that the Trustee be authorized to destroy the books and records without further notice

        **NOTICE IS FURTHER GIVEN** that the Trustee requests that any Order approving Amended Final report and Account provide that actual distribution to creditors or parties in interest receive may be reduced by as much as 10% of the proposed distribution or $100.00, whichever is greater, without notice.

        **NOTICE IS FURTHER GIVEN** that the Trustee objects to all late filed claims, including those filed after the date of this Notice. The Trustee also objects to any claim shown in this Notice specifically as a claim to which an objection to amount has been made, or as to which the Trustee otherwise objects.

        **NOTICE IS FURTHER GIVEN** that if any party desires to object to the closing of this estate on the conditions set forth in this Notice, or to object to the proposed disbursements as set forth in this Notice, that such objecting party must file a written objection with the Court within thirty (30) days from the date of this Notice and request that the Court schedule a hearing in regard to their objection. A copy of the objection must be served upon the Trustee at the address stated below, and upon other parties as required by law or

Court order, within the same thirty (30) day period. Any objection shall clearly identify the specific matter to which it is directed, and it shall comply fully with Local Bankruptcy Rule 9013-1.1b.

**If an objection is filed, a hearing will be conducted on October 9 at 10:30 a.m. in the Johnson C Hayes Federal Bldg** at **207 W Main St, Court Room 201, Wilkesboro, NC 28697**. If no such written objections are filed and served within the time period stated herein, or if an objection is filed and no request for hearing is made, or if an untimely objection is made, the Court will rule upon the Trustee's Final Report and Applications based upon the record before it.

    Dated: <u>8/19/09</u>

                                                                                 _____
                                                                                   James T. Ward, Trustee

404 Bethel Street
P. O. Box #240
Clover, SC 29710-0240
Telephone: (803) 222-0012
Fax Number: (888) 844-1165

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:

PPC RACING, LLC

Case No. 07-50577-JCW
Chapter 7

Debtors.

## CERTIFICATE OF SERVICE

     I, James T. Ward, duly appointed trustee for the above-entitled case, hereby certify that on 08/19/09, I caused to be served copies of **NOTICE OF OPPORTUNITY FOR HEARING (TRUSTEE'S FINAL REPORT)** by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, said envelopes being addressed to all parties on the mailing matrix on file herein.

I further certify that on 8/19/2009, I caused to be served copies of:
**NOTICE OF OPPORTUNITY FOR HEARING (TRUSTEE'S FINAL REPORT)
FINAL REPORT AND ACCOUNT OF TRUSTEE, APPLICATION FOR
COMMISSION AND REIMBURSEMENT OF TRUSTEE EXPENSES,
APPLICATION TO DISBURSE FUNDS OF ESTATE, APPLICATION TO
ABANDON, OBJECTION TO CLAIMS, AND APPLICATION
FOR DISCHARGE OF TRUSTEE**
by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, said envelopes being addressed as follows:


PPC RACING, LLC
176 PIT ROAD
MOORESVILLE, NC  28115


and, properly registered parties were notified by electronic transmission by U.S. Bankruptcy Court CM-ECF on 08/19/09

                                                                   _____
                                                                   James T. Ward, Trustee


404 Bethel Street
P. O. Box #240
Clover, SC  29710-0240
Telephone:  (803) 222-0012
Fax Number: (888) 844-1165